IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIANE BOND, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHICAGO POLICE OFFICERS EDWIN UTRERAS (Star No. 19901), ANDREW SCHOEFF (Star No. 4436), CHRIST SAVICKAS (Star No. 5991), ROBERT STEGMILLER (Star No. 18764), JOSEPH SEINITZ (Star No. 4947), ROBERT SCHULTZ (Star No. 13882), NICHOLAS CORTESI (Star No. 15112), JOHN CANNON (Star No. 12241), ROBERT FRANKS (Star No. 15935), WAYNE NOVY (Star No. 2733), and JOHN DOES ONE through FIVE, in their individual capacities; and the CITY OF CHICAGO, | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 04 C 2617<br><br>Judge Joan Humphrey Lefkow |
| Defendants. | ) | |

**FILED**
JUN 14 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
JUN 15 2004

## NOTICE OF DISMISSAL

TO: Mr. Arnold Park  
City of Chicago Law Department  
30 North LaSalle Street, Ste. 900  
Chicago, Illinois 60602

Mr. Thomas Platt  
City of Chicago Law Department  
30 North LaSalle Street, Suite 1400  
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss without prejudice all claims in Plaintiffs' Complaint against Chicago Police Officers Robert Franks (Star No. 15935) and Wayne Novy (Star No. 2733). Defendants Franks and Novy have not yet answered the Complaint or moved for summary judgment in this matter.

_____
One of Plaintiff's Attorneys

Date: June 14, 2004

Craig B. Futterman
Edwin F. Mandel Legal Aid Clinic
University of Chicago Law School
6020 S. University Avenue
Chicago, IL 60637
773-702-9611