IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANE BOND, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) NO. 04 C 2617 |
| | ) |
| CHICAGO POLICE OFFICERS EDWIN | ) |
| UTRERAS, (Star No. 19901), et. al., | ) |
| | ) Judge Lefkow |
| | ) |
| Defendants. | ) |

**FILED**
JUN 14 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

**DOCKETED**
JUN 23 2004

To: Craig Futterman            Arnold Park
    Mandel Legal Clinic        Assistant Corporation Counsel
    6020 S. University         30 N. LaSalle St. Suite 900
    Chicago, Illinois 60637    Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States district Court for the Northern District of Illinois, Eastern Division, **INDIVIDUAL DEFENDANTS' MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS COMPLAINT**.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Lefkow, or before such other Judge sitting in her place or stead, on **June 17, 2004 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1925** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois, June 11, 2004

Respectfully submitted,

_____
THOMAS S. PLATT
Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 900
CHICAGO, ILLINOIS 60602
(312) 744-4833
ATTORNEY NO. 06181260

FILED
JUN 1 4 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIANE BOND,<br><br>          Plaintiff,<br>v.<br><br>CHICAGO POLICE OFFICERS EDWIN UTRERAS, (Star No. 19901), ANDREW SCHOEFF, (Star No. 4436), CHRIST SAVICKAS, (Star No. 5991), ROBERT STEGMILLER, (Star No. 18764), JOSEPH SEINITZ, (Star No. 4947), ROBERT SCHULTZ (Star No. 13882) NICHOLAS CORTESI, (Star No. 15112) JOHN CANNON, (Star No. 12241), ROBERT FRANKS, (Star No. 15935), WAYNE NOVY (Star No. 2733) and JOHN DOES ONE through FIVE, in their individual capacities; and the CITY OF CHICAGO<br><br>          Defendants. | NO. 04 C 2611<br><br>Judge Lefkow<br><br>DOCKETED<br>JUN 2 3 2004 |

## INDIVIDUAL DEFENDANTS'
## AGREED MOTION TO ENLARGE TIME
## TO ANSWER OR OTHERWISE PLEAD

Individual Defendants, Edwin Utreras Star #19910, Christ Savickas, Star #5991, Robert Stegiller, Star #18764, Joseph Seintiz, Star #4947, Robert Schultz, Star #13882, Nicholas Cortesi, Star #15112, John Cannon, Star # 12241, Wayne Novy, Star #2733, by one of their attorneys, Thomas J. Platt, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court to enlarge the time in which defendants, may answer or otherwise plead to plaintiff's complaint, stating as follows:

(1)     The undersigned filed his Appearance for defendants on June 9, 2004.

(2)     This motion is defendant's first request for an enlargement of time to answer or otherwise plead.



14

(3) The undersigned has not as yet received the Chicago Police Department records on this incident.

(4) The undersigned has not yet been able to interview the police personnel necessary to answer or otherwise plead to the complaint herein.

(5) Two of the named defendants have not yet been served with summons and complaint.

(6) Counsel for plaintiff, Craig Futterman stated on June 9, 2004 that he did not oppose this motion.

**WHEREFORE**, defendants Edwin Utreras Star #19910, Christ Savickas, Star #5991, Robert Stegiller, Star #18764, Joseph Seintiz, Star #4947, Robert Schultz, Star #13882, Nicholas Cortesi, Star #15112, John Cannon, Star # 12241, Wayne Novy, Star #2733 Kevin Killen and David Tencza, request this court to:

A. Grant their motion for an enlargement of time to and including July 16, 2004 to answer or otherwise plead to the complaint.

B. Reset the June 24, 2004 status until a date after July 16, 2004.

Respectfully submitted,

THOMAS J. PLATT
Assistant Corporation Counsel

30 NORTH LA SALLE ST.
SUITE 900
CHICAGO, ILLINOIS 60602
(312) 744-4833
ATTORNEY NO. 06181260

June 11, 2004

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION and DEFENDANTS' MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS COMPLAINT** to be hand mailed to the persons named in the foregoing Notice, on June 11, 2004

_____
THOMAS J. PLATT