

**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

June 17, 2005

Craig B. Futterman
Edwin P. Mandel Legal Aid Clinic
University of Chicago School of Law
6020 South University
Chicago, IL 60637

Re: Bond v. City, et al., Case No. 04 C 2617

Via Personal Delivery

Dear Craig:

Enclosed, please find IDL_0587 through IDL_01916. As we discussed, Defendants are producing any and all Complaint Registers ("C.R.'s") where the allegations made against the Defendant Officers in the C.R.'s are similar to the allegations made by Plaintiff in this case. I remind you that these documents are being produced to you under the protective order entered in this matter. Please feel free to contact me with any other questions or concerns that you may have.

Sincerely,

Susan Sullivan
Counsel for Defendant Officers
(312) 742-0117

cc: Arnold Park
    Counsel for City

Enclosures



