IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIANE BOND, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04 C 2617 |
| | ) | |
| v. | ) | Judge Joan Humphrey Lefkow |
| | ) | |
| | ) | Magistrate Judge Ashman |
| CHICAGO POLICE OFFICERS EDWIN | ) | |
| UTRERAS (Star No. 19901), et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO PERMIT FILING OF PLAINTIFF'S RESPONSE TO DEFENDANT CITY OF CHICAGO'S MOTION TO STRUCTURE DISCOVERY AND REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL INTERROGATORY RESPONSES AND DOCUMENT PRODUCTION FROM DEFENDANT CITY OF CHICAGO**

Plaintiff, by and through her counsel, respectfully requests that this Court permit the filing of Plaintiff's Response to Defendant City of Chicago's Motion to Structure Discovery and Reply in Support of Plaintiff's Motion to Compel Interrogatory Responses and Document Production from Defendant City of Chicago ("Plaintiff's Response and Reply Brief"). In support, Plaintiff states:

1. Plaintiff's Response and Reply Brief combines both Plaintiff's Response to the City's Motion to Structure, and a Reply in support of Plaintiff's previously filed Motion to Compel Interrogatory Responses and Document Production from Defendant City of Chicago. This Response and Reply Brief totals 17 pages, excluding the Certificate of Service.

2. According to Local Rule 7.1, briefs opposing or replying to opposition to a motion may not exceed 15 pages without prior approval from the Court. In the event that a brief is filed

1

that exceeds 15 pages, Local Rule 7.1 directs that the clerk file the brief, subject to the brief being stricken by the Court.

3. Plaintiff respectfully submits that the Response and Reply Brief exceeds the 15 page limit only because Plaintiff has combined her responses on two related issues: (1) whether policy discovery in this case should be stayed, as asserted in the City's Motion to Structure Discovery, and (2) whether this Court should compel the City to respond to certain discovery requests, as asserted in Plaintiff's Motion to Compel Interrogatory Responses and Document Production from Defendant City of Chicago. This is in accord with ¶ 3 of the Agreed Order entered by Judge Lefkow on December 8, 2005.

4. In addition, Plaintiff wishes to note that the Agreed Order entered by Judge Lefkow set the due date for the City to file its motion to structure, and respond to Plaintiff's motion to compel, as Tuesday, January 3, 2006. The Agreed Order further set the due date for Plaintiff's response to the City's motion to structure, and her reply in support of her motion to compel, as two weeks later, Tuesday, January 17, 2006.

5. Plaintiff filed her Response and Reply Brief on Monday, January 23, 2006, instead of on Tuesday, January 17, 2006, because she did not receive the City's Motion to Structure until Monday, January 9, 2006 (six days after the due date noted in the Agreed Order), and did not receive the City's Response to her Motion to Compel until Tuesday, January 10, 2006 (seven days after the due date noted in the Agreed Order).

6. In keeping with the structure of the Agreed Order entered by Judge Lefkow, Plaintiff filed her Response and Reply Brief within two weeks of receiving the City's Motion to Structure.

3

WHEREFORE, Plaintiff respectfully requests that this Court permit the filing of Plaintiff's Response to Defendant City of Chicago's Motion to Structure Discovery and Reply in Support of Plaintiff's Motion to Compel Interrogatory Responses and Document Production from Defendant City of Chicago.

                                           Respectfully Submitted,

                                           /s/ H. Melissa Mather_____
                                           One of Plaintiff's Attorneys

Date: January 26, 2006

Craig B. Futterman
H. Melissa Mather
EDWIN F. MANDEL LEGAL AID CLINIC
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that she caused the foregoing document to be served on counsel for Defendants, who are "Filing Users" pursuant to ECF, on Thursday, January 26, 2006, in accordance with the rules on electronic filing of documents.

/s/ H. Melissa Mather_____
H. Melissa Mather