Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 04 C 2617 | **DATE** | 3/30/2006 |
| **CASE TITLE** | Diane Bond vs. Chicago Police Officers Edwin Utraras, et al. | | |

**DOCKET ENTRY TEXT**

This Court's March 10, 2006 Memorandum Opinion & Order failed to clearly resolve Plaintiff's Motion to Compel the Production of C.R. Nos. 261514, 276011, 293008, 273527, 262498, 255289, and 291990. Because Plaintiff's request for these files is reasonably calculated to lead to the discovery of evidence that is admissible under Fed. R. Evid. 608(b) and/or Rule 404(b) to prove motive, intent, absence of mistake, opportunity, preparation and plan, *see Wilson v. City of Chicago*, 6 F.3d 1230, 1238 (7th Cir. 1993), the C.Rs should be produced. Plaintiff's Motion to Compel the Production of these seven C.R.s is Granted. To avoid further confusion, in one instance, Plaintiff appears to mistakenly refer to C.R. No. 273527 as C.R. No. 273757; the Record indicates that C.R. No. 273527 is accurate. *AK*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | FT/Sucy |
|---|---|---|