# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Diane Bond

                        Plaintiff,

v.                                                 Case No.: 1:04−cv−02617
                                                        Hon. Joan Humphrey Lefkow

Edwin Utreras, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 25, 2007:

      MINUTE entry before Judge Joan H. Lefkow :Motion hearing held. Petition of 28 City of Chicago Aldermen for leave to intervene and motion to obtain access to certain documents regarding oversight of the Chicago Police Department [285] is denied for lack of subject matter jurisdiction. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.