IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DIANE BOND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04 C 2617 |
| v. | ) | |
| | ) | JUDGE LEFKOW |
| EDWIN UTRERAS, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

LAURA RAMIREZ, JAMES RAMIREZ and ANTHONY RAMIREZ (Plaintiffs in Ramirez, *et al.*, v. City of Chicago, *et al.*, 05 C 317) through their attorneys, LOEVY & LOEVY, tender the attached Declaration of Steven Whitman as per this Court's Order of February 6, 2009.

RESPECTFULLY SUBMITTED

/S/Mark Reyes
ATTORNEYS FOR PLAINTIFF

Arthur Loevy
Jon Loevy
Mark Reyes
LOEVY & LOEVY
312 N. May St.
Suite 100
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

    I, Mark Reyes, an attorney, certify that on February 17, 2009, I served this document by ECF electronic filing as to each party who is represented by counsel who uses electronic filing.

                                                                      S/Mark Reyes