## Declaration of Steven Whitman

I, Steven Whitman, depose and state as follows:

1. I am over 18 years old.

2. I conducted a statistical analysis in *Bond v. Utreras*, related to the issue of reported police misconduct.

3. In conducting the statistical analysis in *Bond*, I obtained information from source materials produced by the Chicago Police Department, but my analysis did not require me to know or learn private personal information.

4. In 2008, I was asked by Plaintiff's counsel in *Ramirez v. City of Chicago* to conduct a new analysis that relied on what I learned in the *Bond* case, and incorporating new data obtained in *Ramirez*.

5. In preparing the analysis in Ramirez, I relied on my own knowledge learned in *Bond* and new data provided from the *Ramirez* case. I specifically did not have to review the *Bond* CR files, the Multiple Complaint List, or the Early Intervention Program List from *Bond*.

6. The only new raw data that I used to prepare my report in *Ramirez* was the raw data obtained in *Ramirez*. I did not use any new raw data from *Bond* that was not otherwise included in the November 21, 2006 expert report for *Bond*.

7. I conducted no new analysis from the *Bond* statistical data for use in the *Ramirez* report so that I did not have to review any of the documents produced by the City of Chicago in *Bond*.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Feb 17, 2009
Date

*Steven Whitman*
Steven Whitman, Ph. D.