# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## FINAL JUDGMENT

November 10, 2009



CERTIFIED COPY<br>A True Copy<br>Teste:<br>_____<br>Deputy Clerk<br>of the United States<br>Court of Appeals for the<br>Seventh Circuit

BEFORE:

MICHAEL S. KANNE, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| No.: 07-2651 | DIANE BOND,<br>Plaintiff<br><br>v.<br><br>EDWIN UTRERAS, ANDREW SCHOEFF, CHRIST SAVICKAS, ROBERT STEFMILLER, and JOSEPH SEINITZ, in their individual capacities; PHILLIP CLINE, Superintendent of the Chicago Police Department, TERRY HILLARD, Former Superintendent of the Chicago Police Department, and LORI LIGHTFOOT, Former Chief Administrator of the Office of Professional Standards, in their official capacities; and CITY OF CHICAGO,<br>Defendants - Appellants<br><br>v.<br><br>JAMIE KALVEN,<br>Intervenor - Appellee<br><br>and<br><br>TONI PRECKWINKLE, et al.,<br>Intervening Appellees |
| **Originating Case Information:** | |
| District Court No: 1:04-cv-02617<br>Northern District of Illinois, Eastern Division<br>District Judge Joan Humphrey Lefkow | |

The district court's order granting Kalven's petition to intervene and lifting the protective order is **VACATED** and the case is **REMANDED** with instructions to dismiss the petition for lack of standing. Because the aldermen also lack standing, this court's prior order granting their motion to intervene in this appeal is **VACATED**, the motion is now **DENIED** and the aldermen are **DISMISSED** from the appeal. The above is in accordance with the decision of this court entered on this date. Each side is to bear its own costs.